No. 97–1218.   NATIONAL STEEL & SHIPBUILDING CO. v. SMITH ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 97–1229.   UNITED STATES v. NEW YORK LIFE INSURANCE CO.   C. A. Fed. Cir.   Certiorari denied.

No. 97–1259.   METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY v. WASTE MANAGEMENT, INC. OF TENNESSEE.   C. A. 6th Cir.   Certiorari denied.

No. 97–1298.   EASTMAN KODAK CO. v. IMAGE TECHNICAL SERVICES, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 97–1342.   CULLINAN ET AL. v. ABRAMSON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 97–1364.   SPRINGSTON v. CONSOLIDATED RAIL CORPORATION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 97–1381.   STARK ET AL. v. INDEPENDENT SCHOOL DISTRICT No. 640.   C. A. 8th Cir.   Certiorari denied.

No. 97–1382.   SCHUDEL ET AL. v. GENERAL ELECTRIC CO. ET AL.;
No. 97–1386.   HOPKINS ET VIR v. GENERAL ELECTRIC CO. ET AL.; and
No. 97–1410.   CARLSON v. GENERAL ELECTRIC CO. ET AL. C. A. 9th Cir.   Certiorari denied.   Reported below: 120 F. 3d 991.

No. 97–1384.   MILLER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 97–1389.   DELOREAN ET AL. v. MORGANROTH & MORGANROTH ET AL.   C. A. 6th Cir.   Certiorari denied.